UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANTONYO WYCHE, individually and on behalf of
all others similarly situated,

    *Plaintiff*,

Case No. 0:24-cv-61534-AHS

vs.

JERICO PICTURES, INC. D/B/A
NATIONAL PUBLIC DATA

    *Defendant*.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Plaintiff, Antonyo Wyche, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

    1.    All claims of the Plaintiff, Antonyo Wyche, individually, are hereby dismissed without prejudice.

    2.    All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: October 2, 2024

Respectfully Submitted,

**SHAMIS & GENTILE, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 76124
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@sflinjuryattorneys.com

By:   */s/ Andrew J. Shamis*
       Andrew J. Shamis, Esq.
       Florida Bar No. 76124

*Counsel for Plaintiff and the Class*